BOIES SCHILLER FLEXNER LLP
Alexander J. Holtzman (SBN 311813)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
AHoltzman@bsfllp.com

*Attorneys for Defendant*
*Eisenmann Corporation*

FROST BROWN TODD LLC
Aaron M. Bernay, *pro hac vice forthcoming*
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
ABernay@fbtlaw.com

TESLA, INC.
Aaron D. Langberg (SBN 284975)
901 Page Avenue
Fremont, CA 94538
Tel: (510) 828-8959
alangberg@tesla.com

*Attorneys for Defendant*
*Tesla, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STJEPAN NOVOSELAC, GREGA POVH, DAVOR HUDIN, and MARIJAN LAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>ISM VUZEM D.O.O., HRID-MONT D.O.O., IVAN VUZEM, ROBERT VUZEM, EISENMANN CORPORATION, TESLA, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:21-cv-8654<br><br>**DEFENDANTS EISENMANN CORPORATION AND TESLA, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441, AND 1446 [FEDERAL QUESTION]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Eisenmann Corporation and Tesla, Inc. ("Defendants") hereby remove this action captioned *Novoselac, et al. v. ISM Vuzem, d.o.o., et al.*, Case No. HG21107450 (the "Underlying Action") from the Superior Court of the State of California, County of Alameda to the United

1

States District Court for the Northern District of California on the following grounds.[1]

## STATEMENT OF JURISDICTION

This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiffs bring claims under the Fair Labor Standards Act, 29 U.S.C. § 206. Removal is therefore proper under 28 U.S.C. § 1441(a).[2]

## BACKGROUND INFORMATION

1. On or about August 3, 2021, Plaintiffs Stjepan Novoselac, Grega Povh, Davor Hudin, and Marijan Lazar ("Plaintiffs") filed a complaint entitled *Stjepan Novoselac, et al. v. ISM Vuzem, d.o.o., et al.* in the Superior Court of California, County of Alameda ("Complaint").

2. A copy of the Complaint served upon Eisenmann Corporation is attached hereto as part of Exhibit A.

3. Plaintiffs allege causes of action for minimum wages and overtime pay under the Fair Labor Standards Act and various California state labor law claims. *Id.*

## THIS COURT HAS FEDERAL QUESTION JURISDICTION OVER THIS PROCEEDING

4. The Complaint sets forth claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206, 207. (Complaint ¶¶ 24–44.) This Court has original jurisdiction over those claims.

5. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiffs' state law claims asserted in Counts 3 through 7 of the Complaint because those claims are so related to the federal claims in Counts 1 and 2 of the Complaint that they form part of the same case or controversy. Plaintiffs' state wage and hour claims are rooted in the same nucleus of facts and, in some cases, are identical to Plaintiffs' federal claims. This Court recently denied a remand motion brought by similarly situated plaintiffs with identical FLSA and state wage and hour

---

[1] Defendants reserve the right to amend this Notice of Removal. In addition, if Plaintiffs contest or the Court questions whether the allegations in this Notice of Removal suffice to invoke federal jurisdiction, Defendants reserve the right to submit evidence and argument to the Court establishing that the jurisdictional requirements are met. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 82 (2014).

[2] By filing this notice of removal, Defendants do not intend to waive, and hereby reserve, any objection as to the legal sufficiency of the claims alleged in this action and all other defenses.

claims. *Maslic, et al. v. ISM Vuzem, d.o.o., et al.*, No. 21-CV-02556-LHK (N.D. Cal. Oct. 26, 2021), Dkt. No. 42.

**TIMELINESS OF REMOVAL**

6. Plaintiffs filed their Complaint on August 3, 2021 in the Superior Court of the State of California, County of Alameda.

7. Eisenmann Corporation received service of the Complaint on October 7, 2021. Tesla, Inc. received service of the Complaint on October 7, 2021.

8. Per the Alameda County docket, Plaintiffs have not filed returns of service related to the Complaint as to any defendant, including Eisenmann Corporation and Tesla, Inc. Slovenian counsel for Defendants ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, and Robert Vuzem represents that they have not been served with the Complaint. Plaintiffs noted in the most recent Joint Case Management Statement in *Maslic, et. al. v. ISM Vuzem d.o.o., et al.*, No. 5:21-cv-02556-LHK (N.D. Cal. Oct. 20, 2021), Dkt. No. 39 at pp. 2–3, that to date only Eisenmann Corporation and Tesla have been served with the *Novoselac* Complaint.

9. Defendants have not answered or otherwise pled in response to the Complaint.

10. Under 28 U.S.C. § 1446(b), this Removal is timely because it was filed within thirty days of service of service of the Complaint on Defendants.

**DEFENDANTS' CONSENT TO REMOVAL**

11. Eisenmann Corporation and Tesla, Inc. are the only defendants served to date in this matter and both consent to removal. (*See supra* ¶ 8.) Although Defendants ISM Vuzem d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem have not been served to date, Slovenian counsel for those defendants represents that they likewise consent to removal.

**PROPRIETY OF REMOVING TO THE NORTHERN DISTRICT**

12. Plaintiffs filed the Underlying Action in the Superior Court of California, County of Alameda, and it is thus properly removed to the United States District Court for the Northern District of California, which "embrace[s]" Alameda County, "the place where such action is pending." 28 U.S.C. § 1441(a).

///

**STATE COURT DOCUMENTS**

13. The exhibit attached to this Notice as <u>Exhibit A</u> is a true and complete copy of all process, pleadings, and orders served upon Eisenmann Corporation and Tesla, Inc.

14. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiffs by service hereof, and a copy of this Notice of Removal is being promptly filed with the Superior Court of California, County of Alameda as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Eisenmann Corporation and Tesla, Inc. hereby remove the Underlying Action to this honorable Court.

Dated: November 5, 2021

Respectfully Submitted,

By:   /s/ Alexander J. Holtzman
Aaron M. Bernay, *pro hac vice forthcoming*
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800
Facsimile:  (513) 651-6981
ABernay@fbtlaw.com

Alexander J. Holtzman (SBN 311813)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
AHoltzman@bsfllp.com

*Attorneys for Defendant*
*Eisenmann Corporation*

By:   /s/ Aaron D. Langberg
Aaron D. Langberg (SBN 284975)
TESLA, INC.
901 Page Avenue
Fremont, CA 94538
Telephone: (510) 828-8959
alangberg@tesla.com

*Attorneys for Defendant*
*Tesla, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Alexander J. Holtzman, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 5, 2021          */s/ Alexander J. Holtzman*
                                 Alexander J. Holtzman
                                 Counsel for Defendant Eisenmann Corporation