# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STJEPAN NOVOSELAC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISM VUZEM D.O.O., et al., <br><br> Defendants. | Case No. 21-cv-08654-BLF <br><br> **ORDER DISMISSING DEFENDANTS TESLA, INC. AND EISENMANN CORPORATION WITHOUT LEAVE TO AMEND AND WITH PREJUDICE; AND SETTING DEADLINE FOR PLAINTIFFS TO FILE MOTIONS FOR DEFAULT JUDGMENT AGAINST REMAINING DEFENDANTS** |

On June 3, 2022, the Court issued an order dismissing all claims against Defendants Tesla, Inc. and Eisenmann Corporation on statute of limitations grounds, with leave to amend by June 24, 2022. *See* Order Granting Motion to Dismiss, ECF 51. Plaintiffs have not filed an amended complaint and their deadline to do so has expired. Accordingly, Defendants Tesla, Inc. and Eisenmann Corporation are DISMISSED from this action WITHOUT LEAVE TO AMEND AND WITH PREJUDICE on the ground that all claims against them are time-barred.

Plaintiffs obtained a Clerk's entry of default against each of the other four defendants in this case, ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, and Robert Vuzem, on March 30, 2022. *See* Clerk's Notices, ECF 37, 38, 39, 40. Any motions for default judgment against these defendants SHALL be filed by August 18, 2022. Failure to meet this deadline will result in dismissal of these defendants, without further notice, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 19, 2022

_____
BETH LABSON FREEMAN
United States District Judge