UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STJEPAN NOVOSELAC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>   Defendants. | Case No. 21-cv-08654-BLF<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL AS TO PLAINTIFF MARIJAN LAZAR** |

The Clerk has entered default against the four defendants remaining in this case, ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, and Robert Vuzem. The Court set a deadline of October 17, 2021 for Plaintiffs to file any motions for default judgment. *See* Orders, ECF 52, 55. The Court advised Plaintiffs that failure to file a motion for default judgment by that deadline would result in dismissal for failure to prosecute. *See* Order, ECF 52.

Three of the four plaintiffs filed a timely motion for default judgment, which has been granted in part by the Court in a separate order. *See* Order, ECF 66. The fourth plaintiff, Marijan Lazar ("Lazar"), has not joined that motion or otherwise sought default judgment. Accordingly, Lazar is ORDERED TO SHOW CAUSE, in writing and by June 21, 2023, why this action should not be dismissed as to Lazar for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 7, 2023

_____
BETH LABSON FREEMAN
United States District Judge