WILLIAM C. DRESSER, SBN 104375
Law Office of William C. Dresser
14125 Capri Drive, Suite 4
Los Gatos, CA 95032
Tel: 408-279-7529
Alt: 408-628-4414
Fax: 408-668-2990

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stjepan Novoselac, Grega Povh, Davor Hudin, and Marijan Lazar,<br><br>　　　　　　Plaintiffs,<br>vs.<br>ISM Vuzem d.o.o., HRID-MONT d.o.o., Ivan Vuzem, Robert Vuzem, Eisenmann Corporation, Tesla, Inc., and Does 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Action No.: 5:21-cv-08654-BLF<br><br>Supplemental Declaration of William C. Dresser Recalculating Damages in Support of Motion for Judgment by Plaintiffs<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

I, William C. Dresser, state, affirm and declare:

1. I am an attorney at law, duly authorized to practice in, among other venues, the State of California, the Northern District of California, and the Ninth Circuit. I am the attorney for the Plaintiffs Stjepan Novoselac, Grega Povh, Davor Hudin, and Marijan Lazar in this case.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I can and would testify competently thereto.

3. This declaration is filed pursuant to the June 7, 2023 ORDER GRANTING IN

PART MOTION FOR DEFAULT JUDGMENT; GRANTING MOTION FOR ATTORNEYS' FEES; AND DIRECTING MOVING PARTIES' COUNSEL TO SUBMIT SUPPLEMENTAL DECLARATION (ECF # 66).

4. Attached hereto is an Amended Table G summarizing and calculating the damages claims of Plaintiffs Stjepan Novoselac, Grega Povh, and Davor Hudin.

5. The attached Amended Table G includes a calculation for liquidated damages under FLSA Claim 1 and Claim 2, but does not include any interest under Claim 1 or Claim 2.

6. The attached Amended Table G separately identifies unpaid minimum wages under state law Claim 3 and unpaid overtime wages under state law Claim 4.

7. The attached Amended Table G includes a calculation for liquidated damages under state law Claim 3 but not under Claim 4.

8. Though each of Plaintiffs Stjepan Novoselac, Grega Povh, and Davor Hudin worked 75.5 hours per full work week when they were working in California, the amount of unpaid minimum wages under Claim 3 is calculated based on the first 40 hours worked each week by each of Plaintiffs Stjepan Novoselac, Grega Povh, and Davor Hudin for work in California, times the amount due for minimum wages of $9 per hour under the California Labor Code, less what they were actually paid.

9. Each should have been paid $360 per week for a 40-hour work week for minimum wages under the California Labor Code for work performed in the State of California.

10. Stjepan Novoselec was paid the same in Euros, which as converted to US dollars, was based on the weekly exchange rate between $203.17 and $209.51 per week.  The exchange rate is listed in the Exhibit A to Mr. Novoselec's October 17, 2023 Declaration, ECF # 59-1.  He was underpaid by between $156.83 and $150.49 per week for minimum wages under the California Labor Code.  Mr. Novoselec's total underpaid minimum wages for the first 40 hours worked each week for his 145 workdays in California is $4,320.75.

11. Grega Povh was paid the same in Euros, which as converted to US dollars, was based on the weekly exchange rate between $132.74 and $159.39 per week.  The exchange rate is listed in the Exhibit A to his October 17, 2023 Declaration, ECF # 59-2.  Mr. Povh was underpaid by between $201.61 (360.00 – 159.39) and $227.26 (360.00 – 132.74) per week for minimum wages under the California Labor Code.  Mr. Povh's total underpaid minimum wages for the first 40 hours worked each week for the 100 workdays in California is $4,051.99.

12. Davor Hudin was paid the same in Euros, which as converted to US dollars, was based on the weekly exchange rate between $202.80 and $210.31 per week.  The exchange rate is listed in the Exhibit A to his October 17, 2023 Declaration, ECF # 59-3.  Mr. Hudin underpaid by between $149.69 (360.00 – 210.31) and $149.69 (360.00 – 210.31) per week for minimum wages under the California Labor Code.  Mr. Hudin's total underpaid minimum wages for the first 40 hours worked each week for his 150 workdays in California is $4,301.46.

13. Unpaid minimum wages under Claim 3 for Stjepan Novoselac, Grega Povh, and Davor Hudin are $4,320.75, $4,051.99 and $4,301.46, respectively.

14. Liquidated damages under Claim 3 for Stjepan Novoselac, Grega Povh, and Davor Hudin are $4,320.75, $4,051.99 and $4,301.46, respectively.

15. The attached Amended Table G includes a separate entry for the portion of the state law wages Claim 4 for overtime wages.

16. The attached Amended Table G does not change the dates for when interest is sought under the state law Claims 3 and 4.

17. I request that Judgment be entered for Stjepan Novoselac, Grega Povh, and Davor Hudin against Defendants ISM Vuzem d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem ("the Vuzem Defendants") consistent with this Supplemental Declaration and the Court's June 7, 2023 Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed by me in Los Gatos, California on June 14, 2023.

__/s/_____
William C. Dresser

Novoselec, et al.  v. ISM Vuzem d.o.o., et al.
United States District Court Action No. 5:21-cv-08654-BLF

# AMENDED TABLE G

# Amended Table G

# Total Amounts of Damages under each cause of action

**FLSA wages claims, causes of action 1 and 2**

<u>Novoselec</u>

| | |
|---|---|
| FLSA – supervisor instructions and tools as compensable | $39,544.47 |
| FLSA without California (Tesla) wages | $25,898.20 |
| Liquidated damages | $25,898.20 |
| Total | $51,796.40 |

<u>Hudin</u>

| | |
|---|---|
| FLSA – supervisor instructions and tools as compensable | $35,672.39 |
| FLSA without California (Tesla) wages | $21,738.60 |
| Liquidated damages | $21,738.60 |
| Total | $43,576.20 |

<u>Povh</u>

| | |
|---|---|
| FLSA – supervisor instructions and tools as compensable | $19,124.00 |
| FLSA without California (Tesla) wages | $8,550.15 |
| Liquidated damages | $8,550.15 |
| Total | $17,110.30 |

**California wages claims, causes of action 3 and 4**

<u>Novoselec</u>

| | |
|---|---|
| California Labor Code Claim 3 minimum wages ([total hours x $9/hour] amount paid) | $4,320.75 |
| California Labor Code Claim 4 overtime wages | $15,351.12 |
| Liquidated damages on Claim 3 | $4,320.75 |
| Interest at 10% not compounded (69.34%) (on both) | $27,835.66 |
| Total | $51,828.28 |

<u>Hudin</u>

| | |
|---|---|
| California Labor Code Claim 3 minimum wages | $4,051.99 |
| California Labor Code Claim 4 overtime wages | $16,750.27 |
| Liquidated damages on Claim 3 | $4.051.99 |
| Interest at 10% | $28,848.57 |
| Total | $53,702.82 |

<u>Povh</u>

| | |
|---|---|
| California Labor Code Claim 3 minimum wages | $4,301.46 |
| California Labor Code Claim 4 overtime wages | $10,481.14 |
| Liquidated damages on Claim 3 | $4,301.46 |
| Interest at 10% | $20,500.50 |
| Total | $39,584.56 |

**Break time premium pay, causes of action 5**

<u>Novoselec</u>

| | |
|---|---|
| Premium pay | $2,850.00 |
| Interest at 7% not compounded (48.65%) | $1,386.52 |
| Total | $4,236.52 |

<u>Hudin</u>

| | |
|---|---|
| Premium pay | $2,950.00 |
| Interest at 7% | $1,435.17 |
| Total | $4,385.17 |

<u>Povh</u>

| | |
|---|---|
| Premium pay | $1,950.00 |
| Interest at 7% | $948.67 |
| Total | $2,898.67 |

**Wage statement penalties, cause of action 6**

| | |
|---|---|
| <u>Novoselec</u> | $2,850.00 |
| <u>Hudin</u> | $2,950.00 |
| <u>Povh</u> | $1,950.00 |

**Waiting time penalties, cause of action 7**

| | |
|---|---|
| <u>Novoselec, Hudin, and Povh</u> | $3,585.00 (each) |

Total requested Judgment – to redo

<u>Novoselec</u>

| | |
|---|---|
| Causes of Action 1 and 2 | $51,796.40 |
| Causes of Action 3 and 4 | $51,828.28 |
| Cause of Action 5 | $4,236.52 |
| Cause of Action 6 | $2,850.00 |
| Cause of Action 7 | $3,585.00 |
| Total | $114,296.20 |

<u>Hudin</u>

| | |
|---|---|
| Causes of Action 1 and 2 | $43,576.20 |
| Causes of Action 3 and 4 | $53,702.82 |
| Cause of Action 5 | $4,385.17 |
| Cause of Action 6 | $2,950.00 |
| Cause of Action 7 | $3,585.00 |
| Total | $108,199.19 |

<u>Povh</u>

| | |
|---|---|
| Causes of Action 1 and 2 | $17,110.30 |
| Causes of Action 3 and 4 | $39,584.56 |
| Cause of Action 5 | $2,898.67 |
| Cause of Action 6 | $1,950.00 |
| Cause of Action 7 | $3,585.00 |
| Total | $65,128.563 |