# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STJEPAN NOVOSELAC, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ISM VUZEM D.O.O., et al., <br><br>    Defendants. | Case No. 21-cv-08654-BLF <br><br> **ORDER DISMISSING ACTION AS TO PLAINTIFF MARIJAN LAZAR WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On June 7, 2023, the Court issued an Order to Show Cause Re Dismissal as to Plaintiff Marijan Lazar. *See* OSC, ECF 67. The Court noted that the Clerk entered default against the four remaining defendants; the Court set a deadline for Plaintiffs to file any motions for default judgment; three of the four plaintiffs filed a timely motion for default judgment; and the fourth plaintiff, Marijan Lazar ("Lazar"), did not join that motion or otherwise seek default judgment. *See id.* The Court directed Lazar to show cause why the action should not be dismissed as to Lazar for failure to prosecute.

On June 21, 2023, Plaintiffs' counsel filed a Conditional Non-Opposition to Order to Show Cause, stating that counsel has lost effective communication with Lazar. *See* Conditional Non-Opposition, ECF 69. Counsel requests that any dismissal of Lazar be without prejudice.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE as to Plaintiff Marijan Lazar for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (stating that a plaintiff's action may be dismissed for failure to prosecute or failure to comply with a court order).

**IT IS SO ORDERED.**

Dated: June 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge