UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STJEPAN NOVOSELAC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ISM VUZEM D.O.O., et al.,<br><br>   Defendants. | Case No. 21-cv-08654-BLF<br><br>**ORDER APPROVING PLAINTIFFS' RECALCULATION OF DAMAGES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

On June 7, 2023, the Court issued an order granting in part and denying in part a motion for default judgment brought by Plaintiffs Stjepan Novoselac, Grega Povh, and Davor Hudin ("Plaintiffs") against Defendants ISM Vuzem d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem ("the Vuzem Defendants").  *See* Order, ECF 66.  The Court determined that Plaintiffs are entitled to default judgment against the Vuzem Defendants on all claims in the complaint, but that Plaintiffs are not entitled to certain liquidated damages and prejudgment interest that they sought. *See id.* at 17.  The Court directed Plaintiffs' counsel to submit a supplemental declaration recalculating the damages and interest consistent with the Court's order and to provide a revised chart of total damages sought as to each Plaintiff.  *See id.*

Plaintiffs' counsel filed the supplemental declaration and revised damages chart on June 15, 2023.  *See* Suppl. Decl. of Dresser, ECF 68.  Counsel's supplemental declaration explains how the revised damages amounts were calculated and makes clear that the liquidated damages and prejudgment interest disallowed by the Court have been excluded from the revised damages amounts.  *See id.*

1  Based on the Court's prior order granting in part and denying in part Plaintiffs' motion for
2  default judgment, and Counsel's revised damages calculation consistent with that order, the Court
3  will enter default judgment for Plaintiffs and against the Vuzem Defendants in the following
4  amounts: $114,296.20 for Plaintiff Stjepan Novoselac, $108,199.19 for Plaintiff Davor Hudin,
5  and $65,128.56 for Plaintiff Grega Povh.  The Court will include in the default judgment an award
6  of attorneys' fees in the amount of $66,492.50, consistent with the Court's prior order.  The
7  default judgment will be separately issued in conjunction with this order.

**IT IS SO ORDERED.**

Dated:  June 22, 2023

BETH LABSON FREEMAN
United States District Judge