1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **NORTHERN DISTRICT OF CALIFORNIA**

6 **SAN JOSE DIVISION**

7

8 STJEPAN NOVOSELAC, et al.,                    Case No.  21-cv-08654-BLF

9          Plaintiffs,

10          v.                                                      **DEFAULT JUDGMENT**

11 ISM VUZEM D.O.O., et al.,

12          Defendants.

13

14

15          Plaintiffs Stjepan Novoselac, Grega Povh, and Davor Hudin's motions for default

16 judgment and attorneys' fees having been granted by separate order,

17          It is HEREBY ORDERED AND ADJUDGED that judgment be entered for Plaintiffs

18 Stjepan Novoselac, Davor Hudin, and Grega Povh, and against Defendants ISM Vuzem d.o.o.,

19 HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem, jointly and severally, in the following

20 amounts, which include damages and prejudgment interest:  $114,296.20 for Plaintiff Stjepan

21 Novoselac, $108,199.19 for Plaintiff Davor Hudin, and $65,128.56 for Plaintiff Grega Povh.

22          In addition, it is HEREBY ORDERED AND ADJUDGED that Plaintiffs Stjepan

23 Novoselac, Davor Hudin, and Grega Povh shall recover attorneys' fees from Defendants ISM

24 Vuzem d.o.o., HRID-Mont, d.o.o., Robert Vuzem, and Ivan Vuzem, jointly and severally, in the

25 total amount of $66,492.50.

26

27 Dated:  June 22, 2023                    _____

                                                         BETH LABSON FREEMAN
28                                                       United States District Judge

United States District Court
Northern District of California